BRENNER, SALTZMAN, WALLMAN AND GOLDMAN *v.*
HENRY B. MARETZ, TRUSTEE, ET AL.
(8975)

DALY, O'CONNELL and LAVERY, Js.

Argued September 19—decision released September 26, 1990

*John J. Resnik,* with whom, on the brief, was *Emily M. Resnik,* for the appellants (defendant Samuel Weiner et al.).

*Henry B. Maretz,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.